DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
Maria Magana


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) No. 2:05-cr-065 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) DATE, CONTINUING CASE, AND |
| | ) EXCLUDING TIME |
| MARIA MAGANA | ) |
| Defendant. | ) |
| | ) Date:  MAY 23, 2005 |
| _____ | ) Time:  9:30 a.m. |
| | ) Judge: Hon. Frank C. Damrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Anne Pings, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant MARIA MAGANA, and Attorney Gilbert Roque, Counsel for Defendant Juan Aviles, that the status conference scheduled for May 16, 2005, be vacated and the matter be continued to this Court's criminal calendar on May 23, 2005, at 9:30 a.m.

This continuance is requested by the defense in order to permit further diligent examination of possible defenses, further client consultation concerning available courses of action, and finalization of plea agreements.

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the May 23, 2005 date, and that Ms. Pings and Mr. Roque have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: May 12, 2005          /S/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for Defendant
                             MARIA MAGANA

Dated: May 12, 2005          /S/ Anne Pings
                             ANNE PINGS
                             Assistant United States Attorney
                             Attorney for Plaintiff

Dated: May 12, 2005          /S/ Gilbert Roque
                             GILBERT ROQUE
                             Attorney for Defendant
                             JUAN AVILES

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: MAY 13, 2005          /s/ Frank C. Damrell Jr.
                             Hon. Frank C. Damrell JR.
                             United States District Judge

Stipulation and Order                    2